IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANA MOLLER | § § § **CIVIL ACTION NO.**  4:22-cv-89 |
| V. | § § § |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY | § § |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Allstate Fire and Casualty Insurance Company (hereinafter as "Allstate"), a defendant in the above entitled and numbered cause, and files this notice of removal, and in support thereof would respectfully show unto this Honorable Court as follows:

### I. STATE COURT ACTION

This case was initially filed in the 164th Judicial District Court of Harris County, Texas. The state court action is styled: Cause no. 2021-78812; Diana Moller v. Allstate Fire and Casualty Insurance Company .

### II. PARTIES

The plaintiff, Diana Moller ("plaintiff"), are individual citizen and resident of the State of Texas.

The defendant, Allstate Fire and Casualty Insurance Company ("Allstate") is an out-of-state company doing business in the State of Texas.

## III. JURISDICTION

This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Pursuant to 28 U.S.C. § 1441(b)(1), when determining whether a civil action is removable based on diversity jurisdiction, the citizenship of fictitious names shall be disregarded.

## IV. TIMELINESS

Allstate was served with the petition on December 10, 2021. Allstate files this notice within the deadline under Federal Rules of Civil Procedure 26 and 28 U.S.C. § 1446. As such, this notice of removal is timely and proper.

## V. CONSENT TO REMOVAL HAS BEEN OBTAINED FROM ALL PROPERLY SERVED DEFENDANTS

As reflected in Exhibits attached hereto, Allstate consent to the removal of this case to this Court, pursuant to Section 1446 (b)(2)(A) of the United States Code.

## VI. ATTACHMENTS

Pursuant to 28 U.S.C. § 1446(a), Local Rule LR81, the following exhibits are attached hereto and are incorporated herein by reference:

a. Exhibit A:   Civil action cover sheet;

b. Exhibit B:   Copies of all executed processes in the case, if any;

c. Exhibit C:   Copies all pleadings asserting causes of action and all answers to such pleadings;

d. Exhibit D:   Copies of all orders signed by the state court judge, if any;

e. Exhibit E:   A copy of the state court docket sheet;

  f. Exhibit F: An index of matters being filed;

  g. Exhibit G: A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## VII. CONDITIONS PRECEDENT

Allstate has tendered the filing fee required by the Clerk of the United States District Court for the Southern District of Texas, Houston Division, along with the notice of removal. A copy of this notice of removal is also being filed in the 164th Judicial District Court of Harris County, Texas, and all counsel of record are being provided with complete copies.

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Allstate respectfully requests that the above action, Cause No. 2021-78812, styled <u>Diana Moller v. Allstate Fire and Casualty Insurance Company</u>; in the 164th Judicial District Court of Harris County, Texas, be removed to this Court.

Respectfully submitted,

Orgain Bell & Tucker, LLP
2401 Fountain View Dr., Ste 510
Houston, TX 77057
(713) 333-6700
(713) 333-6701 (fax)
www.obt.com

_____
Thuha T. Nguyen
State Bar No. 24098177
tnguyen@obt.com
Christopher A. McKinney
State Bar No. 24044544
cam@obt.com

**ATTORNEYS FOR DEFENDANT, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I do hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also forwarded it to all known counsel of record by Certified Mail, Return Receipt Requested.

_____
Thuha T. Nguyen